# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Leon Vincent Van Junior**<br>DOB: 2006; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-08628MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 21, 2025, in the District of Arizona, **Leon Vincent Van Junior**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Sundeep Sundeep and Daniel Albino-Flores, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 21, 2025, in the District of Arizona (Why), at approximately 4:20 p.m., Border Patrol Agents received a call for assistance on a vehicle stop from the National Park Service (NPS) near mile marker 58 on State Route (SR) 85. BPAs responded to the vehicle stop where they were notified the vehicle, a grey 2015 Kia Optima, was pulled over for speeding. BPAs observed multiple subjects sitting on the floor outside the vehicle and the trunk open where multiple camouflage backpacks were observed. BPAs approached the five occupants of the vehicle and conducted an immigration inspection. The 16 year-old juvenile driver and the front seat passenger, later identified as **Leon Vincent VAN JUNIOR**, were determined to be United States citizens. The three other passengers, to include Sundeep Sundeep and Daniel Albino-Flores, were determined to be citizens of India and Mexico, illegally present in the United States. Records checks revealed that Sundeep Sundeep and Daniel Albino-Flores do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Sundeep Sundeep stated he is a citizen of India, and he illegally crossed into the United States with a group of two subjects and a foot guide and he paid money to cross into the United States, but he could not remember how much. The foot guide instructed them to walk into the desert through an open gate and used a cellphone to communicate with scouts on the Mexican side. They arrived at the load up location on March 21st where the foot guide made a couple of phone calls and told the group to be ready because the driver was about to arrive. A grey sedan, with a male driver and male front seat passenger, later arrived at their location and they boarded the vehicle. After about ten minutes after leaving the load up location, they were detained and later arrested by Border Patrol.

Material witness Daniel Albino-Flores stated he is a citizen of Mexico, and he was being charged $11,000 to be smuggled into the United States. He illegally crossed into the United States as part of a group of four but only three subjects made it to the pickup location where they waited for two nights.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Sundeep Sundeep and Daniel Albino-Flores

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/* | DATE<br>March 24, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**                                   25-08628MJ

He was instructed over cellphone to not move from that area and that someone would pick them up. A vehicle later pulled over and all three subjects boarded the vehicle. They received no instructions from the driver or front seat passenger, and they drove for about 30 to 40 minutes before they heard sirens.